IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
                    Appellant,
            vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; CHARLES DANIELS;
TIM GARRETT; AND CARTER
POTTER,
                    Respondents.

No. 83033

FILED

JUN 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

        This is a pro se appeal.  Eighth Judicial District Court, Clark County; David M. Jones, Judge.

        Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect.  Specifically, appellant claims to be appealing an order granting respondents' motion for summary judgment, but no such order appears in the documents transmitted to this court or in the district court docket entries. It appears a hearing was held on May 11, 2021, at which the district court granted respondents' motion, but no written order has been entered. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and

SUPREME COURT
OF
NEVADA

(0) 1947A

21-17572

even an unfiled written order cannot be appealed). Accordingly, this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.　　　　_____, J.
Stiglich　　　　　　　　　　　　　　Silver

cc:　Hon. David M. Jones, District Judge
　　　Bryan Phillip Bonham
　　　Attorney General/Carson City
　　　Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A